```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MATTHEW M. YELOVICH
    ROGER YANG
 3  Assistant United States Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, CA 95814
    Telephone: (916) 554-2700
 5  Facsimile:  (916) 554-2900
 6  Attorneys for Plaintiff
    United States of America
```

FILED
APR 24 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | CASE NOS. |
|---|---|
| 6501 14th Street, Rio Linda, CA | 2:18-SW-0276 EFB, |
| 2429 Yreka Ave., Sacramento, CA | 2:18-SW-0277 EFB, |
| 7471 53rd Ave., Sacramento, CA | 2:18-SW-0278 EFB, |
| 9217 Silverdale Ct., Sacramento, CA | 2:18-SW-0279 EFB, |
| 1240 E St., Rio Linda, CA and | 2:18-SW-0314 EFB, |
| The person of Heidi Phong | 2:18-SW-1279 AC |
| Vehicle VIN 5FNRL5H91GB156249 | 2:18-SW-1280 AC |
| 5725 Aspen Grove Ln., Elk Grove, CA | 2:18-SW-1281 AC |
| | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

///

///

///

///

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS                                1

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 4/24/2019

_____
The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE